

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00513-CV

J. Emilio **JAUREGUI**,
Appellant

v.

Aria **DILLIAN**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2024CV05694
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: December 31, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on November 7, 2024. On November 27, 2024, we ordered appellant to file his brief and to show cause in writing by December 9, 2024, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). Appellant did not respond to this court's order, and, to date, appellant has not filed a brief. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM